IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jovan McRant, #315608, | ) | C/A No. 6:17-cv-01829-DCC-KFM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Lt. Michael Lang, Lt. Deangelo Ford, | ) | |
| Sgt. Will and Ofc. Jermaine Christian, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Report and Recommendation ("Report") of the Magistrate Judge, recommending dismissal as to Sgt. Will for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). ECF No. 27. Specifically, the Magistrate Judge recommended dismissal because Plaintiff did not provide the Court with an updated address or complete name description for Defendant Sgt. Will. ECF No. 27 at 1. In his objections to the Report, Plaintiff provided the requested information for the first time. The Court therefore respectfully declines to adopt the Report and recommits this matter to the Magistrate Judge for service of process.

    IT IS SO ORDERED.

s/ Donald C. Coggins, Jr.
United States District Judge

January 5, 2018
Spartanburg, South Carolina

1